572 A.2d 1

**The VILLAGE AT CAMELBACK PROPERTY OWNERS ASSOCIATION, INC., Appellee.**

**v.**

**Frank P. CARR, III, individually and Frank P. Carr, III, t/a Frank P. Carr, III Realty, Camelback Associates, Inc., t/a The Village at Camelback, Frank Enterprises, Inc., Chateau Associates, Ltd., Side II, Inc., Side II Associates, Ltd., and Side II, Associates, Ltd., t/a Ski Side Village, kAppellants.**

Supreme Court of Pennsylvania.

Argued April 13, 1989.

Decided March 20, 1990.

John Rogers Carroll, Philadelphia, for appellants.

Mark P. Pazuhanich, Stroudsburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

The Order of the Superior Court is affirmed. *See Tafflin et al. v. Levitt et al.,* ── U.S. ──, 110 S.Ct. 792, 107 L.Ed.2d 887 (1990).